UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VINCENT CENTAUR, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 3:15-cv-00449 |
| ) | REEVES/GUYTON |
| JIMMY JONES and TIM BURCHETT, ) | |
| ) | |
| *Defendants*. ) | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Vincent Centaur's motion for default judgment, filed on June 21, 2016. Three weeks before, the Court ordered Defendants to file their answer. The order gave them thirty days to do so. Defendants met this deadline. And since then, Defendants have been properly engaged in litigation. Accordingly, the Court will not exercise its discretion to enter default judgment in favor of Centaur. His motion is **DENIED**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

1